IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:11-cv-03358-WJM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: July 18, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

SALLIE HOW, *et al*.,                                    Brian David Gonzales

    Plaintiffs,

v.

CRAIG CALDWELL, *et al*.,                          Joseph R. King

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:   10:03 a.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the plaintiff's Unopposed MOTION for Extension of Time to Dismiss Case (Docket No. 25, filed on 7/10/2012). Discussion between the court and the parties regarding this motion.

The court advises the parties that the plaintiff's MOTION for Order to Approve Hoffman-La Roche Notice (Docket No. 15, filed on 5/19/2012 ) is still pending despite the fact that the parties are attempting to settle this case.

**10:06 a.m.     Off the record to discuss status of settlement**.

Mr. Gonzales makes an oral motion to have the plaintiff's MOTION for Order to Approve Hoffman-La Roche Notice (Docket No. 15, filed on 5/19/2012 ) withdrawn. Defense counsel has no objection. The court grants Mr. Gonzales' oral motion.

**ORDERED:**  The plaintiff's Unopposed MOTION for Extension of Time to Dismiss Case (Docket

No. 25, filed on 7/10/2012) shall be **WITHDRAWN with out prejudice**.

HEARING CONCLUDED.

**Court in recess**:     **10:21 a.m.**
Total time in court:    00:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.